[No. 9218–9–I.   Division One.   June 14, 1982.]

NICHOLAS A. TARABOCHIA, ET AL, *Appellants,* v. PAUL MATSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–2–03403–5, Daniel T. Kershner, J.,

entered August 1, 1980. *Affirmed in part* and *reversed in part* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and James, J.